*Thomas Owen Marlar* for petitioners. *Mr. J. L. Gust* for respondents.

No. 230. WESTGATE *v.* TIMMER, RECEIVER, ET AL. October 11, 1943. Petition for writ of certiorari to the Supreme Court of Michigan denied. *Elmore L. Westgate, pro se. Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key* and *Homer R. Miller,* and *Miss Helen R. Carloss* for the United States; and *Bertha L. Westgate, pro se,*—respondents.

No. 231. UNITED STATES EX REL. PARKER *v.* CAREY, SHERIFF. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Wm. Scott Stewart* for petitioner.

No. 233. NYE *v.* UNITED STATES. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. L. R. Varser, Ozmer L. Henry,* and *R. A. McIntyre* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Oscar A. Provost* for the United States.

No. 236. UNITED STATES EX REL. GUTTERSON *v.* THOMPSON, WARDEN. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. David Saperstein* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Robert S. Erdahl* and *W. Marvin Smith* for respondent.